**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

    vs.                                          **CASE NO.: 2:10-cr-113
JUDGE GEORGE C. SMITH
MAGISTRATE JUDGE DEAVERS**

**CARLOS R. WILSON,**

    **Defendant.**

## ORDER

On December 19, 2017, with the consent of the parties, the Magistrate Judge conducted a final supervised release revocation hearing. Defendant stipulated to the alleged violation of Supervised Release as set forth in the Supervised Release Violation Report. Specifically, Defendant admitted that on September 7, 2016, he pled guilty in the Franklin County Court of Common Pleas to Illegal Processing of Drug Documents and was sentenced to seven months incarceration.

The parties did not object to the Probation Officer's United States Sentencing Guidelines calculations and they were therefore adopted as follows: Grade B violation per § 7B1.1(a)(3) and criminal history category V, with an advisory range of 18 to 24 months imprisonment and a maximum of three years supervised release.

The Magistrate Judge issued a Report and Recommendation on December 27, 2017, pursuant to 28 U.S.C. § 636(b)(1), recommending that Defendant be found to have violated Mandatory Condition Number 1, that he refrain from committing another federal, state or local crime and that his supervised release be revoked. Further, by agreement of the parties, it was recommended that Defendant be sentenced to twelve (12) months and one (1) day of incarceration and there be no

further term of supervised release imposed following the term of incarceration. Further, during the hearing and as set forth in the record, Magistrate Judge Deavers orally agreed to recommend that the Defendant serve his sentence at Federal Medical Center (FMC) in Lexington, and that he be permitted to serve as much of his sentence as possible in a Residential Reentry Center (RRC), also known as a halfway house.

Defendant was specifically informed of his right to contest the Report and Recommendation by filing any objections within 14 days of the issuance of the Report and Recommendation pursuant to 28 U.S.C. §636(b)(1)(B) and Rule 72(b) of the Federal Rules of Civil Procedure. Defendant did not file any objections.

Accordingly, the Court **ADOPTS** the Report and Recommendation and finds Defendant in violation of Mandatory Condition Number 1 of his conditions of supervised release. Defendant is hereby sentenced to twelve months and one day of incarceration with no further term of supervised release to follow. It is recommended that Defendant serve his sentence at FMC Lexington and that he be permitted to serve as much of his sentence as possible at a RRC. The sentence and recommendations shall be incorporated in the judgment to follow.

**IT IS SO ORDERED.**

                                            */s/ George C. Smith*
                                            **GEORGE C. SMITH, JUDGE**
                                            **UNITED STATES DISTRICT COURT**